UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

John Holsen Miller,

    Plaintiff,

        v.                       Case No. 1:24cv401

George Hudson,

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on August 5, 2024 (Doc. 5).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties may forfeit rights on appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 5) have been filed and the time to do so has expired.

Accordingly, it is **ORDERED** that the R&R (Doc. 5) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, the complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).

    **IT IS SO ORDERED.**

     *s/Michael R. Barrett*
     Michael R. Barrett, Judge
     United States District Court

1